# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TINA JIMERSON                                                                                   PETITIONER
ADC #704449

v.                            CASE NO. 5:15-CV-00208 BSM

WENDY KELLEY, Director
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Pursuant to the order entered on this day, judgment is entered for petitioner.

IT IS SO ORDERED this 28th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE