**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TINA JIMERSON**                                                                                      **PETITIONER**
**ADC #704449**

v.                                            **CASE NO. 5:15-CV-00208 BSM**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                                **RESPONDENT**

**ORDER**

The State's motion for a stay pending its appeal [Doc. No. 80] is denied. "While a decision ordering the release of a prisoner is under review, the prisoner *must*—unless the court or judge rendering the decision, or the court of appeals, or the Supreme Court, or a judge or justice of either court orders otherwise—be released on personal recognizance, with or without surety." Fed. R. App. P. 23(c) (emphasis added). Moreover, the *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987), factors lean against issuing a stay: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. The reasoning given in the September 30, 2018 order [Doc. No. 78] has not changed. The State's motion for a stay is therefore denied. Moreover, the State is advised that, pursuant to the September 30, 2018 order [Doc. No. 78], it is not prevented from bringing new charges against Jimerson beyond the thirty-day deadline for her release.

IT IS SO ORDERED this 11th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE